UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-1-06 |
| Plaintiff, | Hon. Hala Y. Jarbou<br>U.S. District Judge |
| v. | |
| CLIFFORD KEITH DURANT, JR., | |
| Defendant. | |
| _____/ | |

## ORDER OF DETENTION

Defendant Clifford Keith Durant, Jr. appeared before the undersigned on February 9, 2022 for his arraignment on an indictment charging him with conspiracy to distribute and possess with intent to distribute methamphetamine. Durant was advised of his rights, the charge and penalties.

Defendant reserved the issue of detention at this hearing and Defense counsel will notify the Court when they are prepared to schedule a detention hearing.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.


Date:   February 9, 2022            /s/ *Maarten Vermaat*
                                    MAARTEN VERMAAT
                                    U.S. MAGISTRATE JUDGE